**Exhibit A to the Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 141

**IP Address:** 108.29.208.11  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 40B618515790CB5245901B36028EC5CF962DB9B0<br>File Hash: 3B4F63B3EA800CD166A83F1D6D63EA40DA6B878EDF8034E5928B9FB164E6E88C | 03/06/2021 17:57:52 | Blacked | 02/20/2021 | 03/08/2021 | PA0002280369 |
| 2 | Info Hash: 2A9685F1662867A99A1BF2F75C74D7635925A159<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 03/05/2021 03:10:40 | Blacked Raw | 03/01/2021 | 03/08/2021 | PA0002280355 |
| 3 | Info Hash: 0B2D244E6C372AFB4EA5ECAC53684B50CE489230<br>File Hash: 374F6A352D2777D9FA27B09765B01F663BEDFA9232A8570726A6A8DF3989D115 | 02/17/2021 14:48:33 | Tushy | 01/31/2021 | 02/09/2021 | PA0002276144 |
| 4 | Info Hash: DA61A62391FD93945B9ABF288181AFFD34CDB97E<br>File Hash: 826A7971772567175DEA07B25157699B2320C9782C6B6A70371E65AB76F65B24 | 02/10/2021 14:11:50 | Tushy | 01/17/2021 | 02/09/2021 | PA0002276149 |
| 5 | Info Hash: 50479521CA4C5B24BC2829ADDCCF32D0D80898EA<br>File Hash: 800B4F174B8678002F2875F4088A10A2E6BAF85F0C957E4C0270F2947BFE1912 | 02/07/2021 17:46:53 | Vixen | 01/08/2021 | 02/02/2021 | PA0002280513 |
| 6 | Info Hash: E51231B920A4ACF7B2A707D79D1001B81EA464F8<br>File Hash: 69202153822A9FCA5FD896E7CAC6768099626E179B1312F2F55EB5FB8A481DB5 | 02/05/2021 18:47:26 | Tushy | 02/15/2020 | 03/15/2020 | PA0002240542 |
| 7 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash: B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 02/05/2021 14:30:51 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 8 | Info Hash: 945AAF0C9C854D5B60F5EE8F1622E338EBA981D8<br>File Hash: 5AC68692228A3B2A3A25488CDD65D6450EB76077068E4307478F33FA90A1C6F3 | 02/04/2021 13:18:42 | Tushy | 01/03/2021 | 02/02/2021 | PA0002280504 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0<br>File Hash: DC7D19B9166202BC161BEDF969F840068FFB0B9168E1ABB9959B9D3136989FB0 | 02/04/2021 03:37:11 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 10 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 02/04/2021 03:27:39 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 11 | Info Hash: EDFC62C9AAB72DDFCD865F492AFC530D912B089E<br>File Hash: FC53C039131B9EACB19F232BAC3627FF51FFA42F09C6ABC2930F4CFC5FAE0414 | 02/04/2021 03:27:25 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 12 | Info Hash: 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547<br>File Hash: 635645BD66306827A556824736881431BCF40C345A9E95FE577FB99277BC798C | 02/04/2021 03:27:04 | Vixen | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 13 | Info Hash: B071CD0DD8D8C3104E124CAD387BECC6BB3E273F<br>File Hash: AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 02/04/2021 03:24:00 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 14 | Info Hash: A323CE426DF8477D9E081137B6455177AD8A5250<br>File Hash: 1AB2725B8ADE18D027E1DDFB402C129AC6926A2368BDB27144E697901F8EB646 | 02/04/2021 03:19:34 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 15 | Info Hash: FB7E3EA3B9E083499E761482A6C6D7DFDB749555<br>File Hash: EE1EFABAC2DA07AF56C3C5710E9DE7C7EA142C3087F61B0A758DFD202F29E66D | 02/04/2021 03:17:54 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 16 | Info Hash: F3D94264828DAF861CC58077F311AD19F1300F2E<br>File Hash: 7AD03B1D891897878863AEBB1EC319A83B228DFAE9DA317A510CF1BCAA8DA0E3 | 02/02/2021 15:39:52 | Blacked | 12/26/2020 | 01/05/2021 | PA0002269952 |
| 17 | Info Hash: E4CB6256C753527AFD99F2CDE9C142EFC3DFC762<br>File Hash: B0B86DCE9782548DE9C033D2FA8D30F4BAEF4A6CEB45F24547E3C0191081AE1C | 01/26/2021 00:13:22 | Vixen | 01/15/2021 | 02/02/2021 | PA0002280500 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 00BA70A078F13AE839958FBA18AC5BB33B1704EE<br>File Hash: B67B8E039D337933CA821EF10D89DB0D8FC6EBE0618BF96BACDD7B0DC1360E49 | 01/25/2021 20:04:48 | Blacked Raw | 10/26/2020 | 11/18/2020 | PA0002272624 |
| 19 | Info Hash: 9D758C58B83F8D9259DE154BB5538DAD0554CBE5<br>File Hash: 453C3931E6860FE18FAA353D1FF67ED8825A77CA7B75FE7A50068C85235678AF | 01/25/2021 18:38:30 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 20 | Info Hash: 7EC5330CCA18C5B56457D6D7059A8169CA34F997<br>File Hash: C3731A4BA075105CCB2199D5175463BD633F807DBA1084A4807E918A7F3F1CD2 | 01/23/2021 19:28:08 | Vixen | 12/04/2020 | 01/04/2021 | PA0002277036 |
| 21 | Info Hash: 8DD1B74867D14EA2B2E0D3E5D7A6110C98371C6A<br>File Hash: 20FA7239DFD5AA3BA2D6361E563E5E101945D8EC376CA684009E6535B3578AA0 | 01/18/2021 14:58:03 | Vixen | 12/15/2019 | 01/03/2020 | PA0002233430 |
| 22 | Info Hash: E40E95D26E54946C5441D1E25AA733CE27D83F25<br>File Hash: 98E30D930D1DF01CD65CDE701D5F8D5764B7B60DE87B85A36121496952934CA3 | 01/15/2021 07:05:41 | Blacked Raw | 11/23/2020 | 12/09/2020 | PA0002274806 |
| 23 | Info Hash: 0AA6DD562221A3E0EA13E8B920F55F81B136E7A9<br>File Hash: 9BEE6F1526B4D9328457CE16407EDB1F37E0724D91EFE21679E4CDAED163F1EF | 01/15/2021 06:40:53 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 24 | Info Hash: 5E871D1CBAD2A537E0A21724A348E71E8776B0B2<br>File Hash: A69B001169ED3CF1A8117085A933380E60C83563DD7E9754DEA71370443D745F | 01/15/2021 05:58:14 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 25 | Info Hash: 381BDB453192B9B75233C9EE50A69C3D78761F29<br>File Hash: F986332CADEA2D7A19623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD | 01/13/2021 13:55:59 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 26 | Info Hash: CA69F01A7C793E9D7F3769786039E98EC979CA11<br>File Hash: 9A6D82C31A3713BAA99BBB2C48D1A3DE88EC1A3599A18900350BD6E4FA26E599 | 01/11/2021 13:13:30 | Tushy | 11/15/2020 | 12/09/2020 | PA0002274948 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 25A89AFEEA21CC02479E2C33520831964FCBEDD9<br>File Hash: 1494804E16AFEC1629371D903BA5C7B4B98823FDDF177789E07E00E5DD297B8C | 01/11/2021 13:13:26 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 28 | Info Hash: E4E39DB6AF30BC1DA628110D7A3CA6C4CB9B9895<br>File Hash: A1AAF0FFEFCD5CEDD4D56F3D0D890850F01475F4750EDC72DEA7894D1582FDDB | 12/26/2020 05:31:52 | Vixen | 12/18/2020 | 01/04/2021 | PA0002277038 |
| 29 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 12/26/2020 05:17:37 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 30 | Info Hash: 89AA2665D3899885EAEA7F5A2C918A5C0A1E5C5A<br>File Hash: 6B7EF1B84F8E2C5A6B7FA99CF3ACD25162F15ECBD3521CF53813B3082486952D | 12/26/2020 05:14:18 | Tushy | 12/13/2020 | 12/28/2020 | PA0002269085 |
| 31 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 12/26/2020 05:08:38 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 32 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12/26/2020 05:02:06 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 33 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 12/23/2020 02:16:00 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 34 | Info Hash: BB867A0C639C271CB353CB49B961C206CA95A6F3<br>File Hash: FDD1F54196BFEE904FD76A1DC50BB3883C4D2C0C41C0F8F25F9037793AE8FD0F | 12/22/2020 05:45:22 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 35 | Info Hash: 7A496D6534DC2D202F8F0C60B122CAFF208959B3<br>File Hash: 1579958763A73C277B0BB9F658637884E6E488617938778C1F6BD3857ACB1135 | 12/22/2020 05:37:12 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1165841EEA3A91B85B3D7319CF4AF9CFBD1613CD<br>File Hash: 58B4D5D8119A046B29F7BE6CB0A775C7A92BE85EAC2B369A62D0A79EDF924B91 | 12/18/2020 06:39:17 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 37 | Info Hash: 7277A59EE15D6BCBDE93A948B151E12CD1E6DE32<br>File Hash: BEBFB9DC67D4A982AAD15C7CF1299B4F25FC867AC361CB0D1CF1BD5AE35C17DF | 12/09/2020 17:20:47 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |
| 38 | Info Hash: 8EE76A64B8F78296D8BA6D3C77273B99EC1B5081<br>File Hash: 80798E7C3C20BA507A00B6BF10247DB476510EFD3FA7C31B1D420B617065C577 | 12/09/2020 14:54:23 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 39 | Info Hash: E078B84E2961C5CBE891F39D63B85A576897E52F<br>File Hash: C1D0623A72047DE21B1893F87BAF08BDA03686FEBAA0E67DEC4BF173D6B3E231 | 12/04/2020 04:44:56 | Tushy | 11/29/2020 | 01/04/2021 | PA0002277033 |
| 40 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 11/30/2020 20:51:59 | Blacked | 11/28/2020 | 12/28/2020 | PA0002269083 |
| 41 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 11/28/2020 16:27:32 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 42 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 11/25/2020 21:07:29 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 43 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash: C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 11/24/2020 18:28:55 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 44 | Info Hash: 498C38E65A191A26E153A7D80BCFBCA20069BDFD<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 11/24/2020 18:19:50 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A<br>File Hash: 5357F350DC180E4750FE7271AC4CB372166EC9146B7D55BDECAD6AD041C6872F | 11/24/2020 18:18:56 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 46 | Info Hash: CC5AC1F599FD31B242150C1D5B58EE69D6483E68<br>File Hash: AB4E000C31D4AE7EFDC7DFBE4F825E152619885C7C0D11AE6B802E75AEDD96BE | 11/09/2020 20:36:20 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |
| 47 | Info Hash: AEA7918FD1B713FD99E2F97CFFC399F016CF59E9<br>File Hash: C9FABD456B6F378F280307BFE97EEF137BEB4D2D010417C8FCDA6B7AA8548122 | 11/07/2020 19:33:11 | Vixen | 11/06/2020 | 12/09/2020 | PA0002274936 |
| 48 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10/25/2020 03:46:33 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 49 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 10/24/2020 04:23:49 | Vixen | 10/23/2020 | 11/18/2020 | PA0002272622 |
| 50 | Info Hash: 25075BEE3E430D7FF4B45A78867471F6EA59D266<br>File Hash: DD82B233C229EE0F08AB79831703A1B9D9488DB8BE6799F18E3BDFD37CA18106 | 10/22/2020 04:12:57 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 51 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 10/20/2020 03:35:40 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 52 | Info Hash: 26771746F4F99C47B394DB55E96A3E8FE2A75109<br>File Hash: A8699CD5A59C165007BAD2E3D1CF406BA0176CE10677A465BF261A579C98D1A3 | 10/18/2020 22:52:43 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 53 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10/18/2020 03:19:48 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460 File Hash: BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 10/17/2020 04:33:55 | Vixen | 10/16/2020 | 11/18/2020 | PA0002272621 |
| 55 | Info Hash: 0FFB0F410BBEF345F0A6D0C21F7245EF83162E9C File Hash: C17D3B1AA6AFF175042CC65F9474EB194D120ECC79400261B4F6E8A3AB625E1C | 10/11/2020 05:27:14 | Blacked | 10/10/2020 | 10/22/2020 | PA0002261812 |
| 56 | Info Hash: 7BA08B86ABE669CD4B42FC7925A21AC4D714FD42 File Hash: 7194B11996C69952E49988C993A0C83B0512F42E2992D1EECF9BE2220DA20B67 | 10/11/2020 05:22:48 | Vixen | 10/09/2020 | 11/18/2020 | PA0002272626 |
| 57 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A File Hash: 444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10/06/2020 03:21:59 | Blacked Raw | 10/05/2020 | 10/22/2020 | PA0002261806 |
| 58 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10/04/2020 04:15:57 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 59 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 09/29/2020 19:42:15 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 60 | Info Hash: 92FCEC5F528AB1D27B01FBC0E4D1157C3AC17400 File Hash: C82F38BBF86C7553B2028C9457E35287A623F34DCCFD5A55E9C4679D4D7BD2B1 | 09/19/2020 01:13:29 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 61 | Info Hash: 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC File Hash: C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 09/17/2020 00:42:34 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 62 | Info Hash: 7B364338CD90FC951B3F536B186EBA30DE4246FC File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 09/16/2020 19:55:09 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: C7B9E04D1B4A48BA8521CD2A63D8E0C433228F5B<br>File Hash: 944EE729ECA9231D5A144C73793D40EB4EAB660D3FC94D1A4207EDA1EFF90E16 | 09/14/2020 21:04:27 | Blacked Raw | 09/14/2020 | 09/29/2020 | PA0002258688 |
| 64 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09/14/2020 21:03:42 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 65 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 09/08/2020 04:03:39 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |
| 66 | Info Hash: 3896D6926D371A520A42BA151B77F163A2BB5CB9<br>File Hash: C6400EEC6534429B473E850208B09048D16354FA9D3272FAD63B8E3CCDB5BB6C | 09/07/2020 01:59:24 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 67 | Info Hash: C4705CDBE06284FCCC4E7C0AFA85554E5CE10645<br>File Hash: 38CC20179FAA7E2EEEDD06E0F252EBF10C635BDF2F21540B6C96D0A18253BB10 | 09/04/2020 12:06:10 | Tushy | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 68 | Info Hash: 074A66739F74AB2792031B4D9FE311B07B73FBB4<br>File Hash: B82F37153DBCF50BC541D7498E562DDCE0571DB0C0DA64DD67B12ADE12E6CB58 | 09/03/2020 19:18:26 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 69 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 09/03/2020 19:16:40 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 70 | Info Hash: 97034278B4AE0281DFA31CB3DC5D5A0943B18F5F<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09/01/2020 02:56:33 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 71 | Info Hash: 0AB20EE3181E2157048233A9A4F197718A4CC458<br>File Hash: 5B2DF8CCF0678B5FD3F04E41958773BB4DB3B8A5B28FB75BC68AAA50B5661F92 | 08/30/2020 03:19:40 | Blacked | 08/29/2020 | 09/05/2020 | PA0002255478 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 08/24/2020 13:49:03 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 73 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 08/24/2020 13:48:08 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 74 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash: 4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 08/24/2020 13:47:59 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 75 | Info Hash: ACC9DC52EE520782E8D1E1692200BBCC6E2104AF<br>File Hash: AEA1375F4622204ADC2D586829AA73E726192A8DA6FBD7628520A35D818638B3 | 08/23/2020 23:16:08 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 76 | Info Hash: 5C129E1870A36D3B353ED0950B4E7BD485B3DA50<br>File Hash: 3C389B5A1A74D7B764CC30686DE2FB3DE6508C33D840E5D81AD6D7F377A04E12 | 08/19/2020 19:48:15 | Tushy | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 77 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash: 55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 08/19/2020 19:47:36 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 78 | Info Hash: 1D652D14E624CF4FE65234E00AB298914C6B5B1B<br>File Hash: 18CDA84EF37DE57838D54104CA2FE7097D1377666228E4D0B55F6AD2ED7F389A | 08/19/2020 19:39:21 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 79 | Info Hash: 1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash: 9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 08/18/2020 15:54:40 | Blacked Raw | 08/17/2020 | 09/05/2020 | PA0002255472 |
| 80 | Info Hash: F8BEA2187EB8AC4D9D102095C2A9C332FFDAC5CF<br>File Hash: 665F883B02F64EAB71844D54138F85F3010D84DEAEC3AAD7FAAACE346EECEB50 | 08/16/2020 19:06:58 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 83607F54EFC9155411A0F8BFEEA162C0CC95F388<br>File Hash: 9AD604D379BFCBC64D04820CAA539E7B51DAA6BFC2AE35327FD05631CFC39A09 | 08/16/2020 05:41:31 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 82 | Info Hash: DE2C3995024B4D079497396648B3964395D7F84B<br>File Hash: 5165BF04EA47BEA0AE7308E5A2BFB707B6C783D7B7763D8E219062363FCB6F30 | 08/09/2020 19:57:41 | Tushy | 08/09/2020 | 08/31/2020 | PA0002265642 |
| 83 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 08/09/2020 06:07:48 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 84 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 08/09/2020 06:05:23 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 85 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 08/09/2020 06:04:24 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 86 | Info Hash: E114EF1DC05BAF634FFA8C5570FB6E2263F5FDF3<br>File Hash: F1D3086AC032FA572BB41B6BEDE64C938BB210D851E3D16466970DD56E84885A | 08/04/2020 08:01:25 | Blacked Raw | 08/03/2020 | 08/31/2020 | PA0002265631 |
| 87 | Info Hash: E295E17EABA72BC5E641123886926E57391DEB0E<br>File Hash: 25C30DB28A0AB5499B8B8AFA00FFAA3333ADA3D2EE835C39E836E39EC5E3C73E | 08/03/2020 00:20:09 | Tushy | 08/02/2020 | 08/31/2020 | PA0002265633 |
| 88 | Info Hash: FECD3CCD086C37EEB48BFFBDD535FAE85BC0FA92<br>File Hash: 34E9362340A0525EE9FD2683F4C942C7C028193AA5AC968E9D2DF80AA8B7273E | 08/01/2020 19:33:11 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 89 | Info Hash: A96E15624A7DC7EBC246B11E0E6C448D785EB836<br>File Hash: 5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 08/01/2020 07:22:35 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: D03BF7C43A2F989CD84F9B6037D4941B7C616ED0<br>File Hash: BA0039981B99B9313230F78DE7EFC18799267664FDD0FF39787FB2CCB1AAA302 | 07/27/2020 02:49:33 | Blacked | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 91 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 07/21/2020 18:55:55 | Blacked Raw | 07/20/2020 | 08/11/2020 | PA0002252263 |
| 92 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07/20/2020 16:26:12 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 93 | Info Hash: F95CAF6D63E22BFFA8B51888DFA5498370E91195<br>File Hash: E76DE0473D32E91F389554B4E0EEDBB1E6197EFB5BEE3ADB0C9BC1FD1BD36408 | 07/20/2020 02:12:27 | Tushy | 07/19/2020 | 08/03/2020 | PA0002259103 |
| 94 | Info Hash: E867C82184F5FE82BC6922F8C111D980A8A508DD<br>File Hash: E384D8D29A9DDAF08A1A34D50C51BF92D5C905DD75F53E634A446C073ACC7BB5 | 07/18/2020 19:20:14 | Blacked | 07/18/2020 | 08/11/2020 | PA0002252258 |
| 95 | Info Hash: 95853F2466E696799E6030A6C5410F9A3FD3ADBA<br>File Hash: E3B038233B3BCE53E296ED91A72B24706143F40866B819C3AE8F25BF386F6FB0 | 07/13/2020 02:37:43 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 96 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash: BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 07/12/2020 03:49:57 | Blacked | 07/11/2020 | 07/20/2020 | PA0002248959 |
| 97 | Info Hash: B5110931763F80CE412C1AD08F039866F56867BE<br>File Hash: 01897F07F10DAD283362ACE58C8F3D0E1A5E13FAD2432D5FCD38F40F7E715E1B | 07/11/2020 15:17:13 | Vixen | 07/10/2020 | 07/20/2020 | PA0002248961 |
| 98 | Info Hash: 2B83D01A751C071EC56D3A6709EEC2D672438410<br>File Hash: 1091A9056FFDC42297422E2864D29B30BC94315E26A1523D3105E50EE7E9FF5E | 07/07/2020 04:53:21 | Tushy | 09/28/2017 | 10/10/2017 | PA0002086160 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash: 97BB06A5FAE902A8493E12B8BD16CC02E8097CD2<br>File Hash: B7DDBD032732E32A3E0F430C80D430476C336107C9BC2E7E39BF104EAACA6E6B | 07/05/2020 20:46:29 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 100 | Info Hash: B68E8B8D5B139F0F6236FB409416C5F6EFF30FBF<br>File Hash: EC87A35B26CA48252E09A7221FEE19ACF078C658529E6A73527988F7C4700D7E | 07/05/2020 05:02:51 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 101 | Info Hash: 13F8B657984BB039924814A1A97078E76113ADE6<br>File Hash: 44C58188ADA97C1837831630AA62EEEA15953DFB023B4A201BA93CD4033CEDCF | 07/04/2020 04:40:34 | Blacked | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 102 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07/04/2020 01:10:58 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |
| 103 | Info Hash: 0FCDD7A927CCE574B5F4A1086AEF7368D2757D24<br>File Hash: 21296AC9008878646DEDA2AC962C2AA132260CAE722DC81C4D36DEFB404EFCB2 | 06/29/2020 18:35:46 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 104 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 06/28/2020 23:28:46 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 105 | Info Hash: 60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash: 84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 06/28/2020 03:51:39 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 106 | Info Hash: 81ACAD3216DEDC61E7FC6A2774EAB9D6D1CC8BB8<br>File Hash: 0999CCF5BEDC6E0172DCB0F67E82552A5C5073CB5E585107C1A8EFFB3325B4C9 | 06/23/2020 05:18:14 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 107 | Info Hash: 6BA60D4D83B3F11F94BB508EF9AE281ACD35AE34<br>File Hash: A0A915C3C3204DB34AB91A6E7E8EC17709891AD8C7238729C69B0864500944CA | 06/21/2020 22:22:28 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D  File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 06/21/2020 04:22:19 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 109 | Info Hash: BA5DC3EF8DA5096B1CD1ECD185924F57B28A4BEC  File Hash: 7736C751BC525B52E9284AF975AEE6F7CDD09BC6D546AE4D804D5AB0E18A482B | 06/15/2020 19:29:27 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 110 | Info Hash: F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D  File Hash: 656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 06/14/2020 15:08:55 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 111 | Info Hash: EFFE8F812F7FA5280DB204646DE0DA9AABD6C895  File Hash: 6B5D68DB5094A2B7D8189887A77670943358D7C47F33AB203858C8ACDCEC94CC | 06/12/2020 20:55:59 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 112 | Info Hash: D5F4FB8FCDC46608550AC886C7AB2D47C52254F2  File Hash: 027F02F7A9D43E3B88A373666E52FDD7093112A0F5DA238075344F333F9B68E7 | 06/09/2020 12:04:30 | Blacked Raw | 06/08/2020 | 06/25/2020 | PA0002255509 |
| 113 | Info Hash: 2BF966F2EC01906FE193276483DABBD26841E7FD  File Hash: 6655D05CFFA84F8EC48733860A293F251E8A8BC63A827694BB700CA860659973 | 06/07/2020 21:22:49 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |
| 114 | Info Hash: E49E0364E268A9E3043E517029F339255C11DB17  File Hash: F89F1A1C07D1A0B1E380AF4DFD89E8949DEACA935F71933FA17C3D34924AA2CB | 06/06/2020 22:37:48 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 115 | Info Hash: 8E3B21D5751F7588D7F8C87CEF062E431D0048F7  File Hash: 215A64D03E68A3554C9F255408626669037C799B6EDDEB625F222B14D4D20B52 | 06/05/2020 21:33:38 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 116 | Info Hash: B406E6C5027317CCB42102118F4C0BA11BC9A76F  File Hash: 0DC25A37AD2599BF3EDA5A295D476DB53D5A85EA90F0FF8E30AB6D55D2847C4D | 05/31/2020 18:31:55 | Tushy | 05/31/2020 | 06/16/2020 | PA0002253261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 117 | Info Hash: 0A52BC8A79C6062CF2AE62919361F3ED6FF769B6<br>File Hash: A6339DD21414DE2172DBA6DA9605EC7215B272BACB9DD06325999B3124B1AF9C | 05/30/2020 00:38:27 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 118 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05/23/2020 22:00:58 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 119 | Info Hash: 2DB957887A10E8246EF3A3DA094E8DFC20643F2F<br>File Hash: F9D00CAEEB69E94196F0F3E1FFF6496D42369A28FFDCAF8572F3B1B9162FD22D | 05/22/2020 22:03:06 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 120 | Info Hash: 0936585C594670B102BFD2146FFB655BAA6D1AF5<br>File Hash: 4D6C9053124A94C8E6AC72C3F4159C0B60E7C5ACD0F471CA733C45C3827A0945 | 05/21/2020 21:13:21 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 121 | Info Hash: DDBE2846AB69C143466E5267B8D4DCA279CBA479<br>File Hash: 52E1BBCBEF39A1B017A53C8FF88264EDC6CE945C2F96E4CC00CFE09B81C79CB6 | 05/19/2020 12:47:22 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 122 | Info Hash: 4D681AA2C0E7C46C0814F3BBA7DF71007C31C7E8<br>File Hash: 0408F6FA4B819558C266E53122B05254F0924FB41DBB21F395B269437C030F3F | 05/17/2020 20:57:01 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 123 | Info Hash: 6B4F18C876C0B9CE2F235EF293F8EC05E5CB2697<br>File Hash: E9BA67983FBF8527DAC0F0DDF6EB391EC76F4436A41F171F04951B5CF36AB324 | 05/16/2020 18:22:49 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 124 | Info Hash: 5D606322A7940B80D8254ADAC5E402B05C84E01A<br>File Hash: 55E554DB172B9B9B5C67FE7588719E55DA62C01630A69C0E50E39325DBC1265F | 05/15/2020 06:51:22 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 125 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 05/11/2020 02:11:35 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 126 | Info Hash: ADC6F231FE7F58D641F65B08DBBDE1CB5B7D01E6<br>File Hash: 4583AC60B0A8B993DBD98607FB2A64A7BFB9776A97E1D9408D63A98763FF2732 | 05/10/2020 19:17:56 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 127 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash: 3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 05/09/2020 21:09:12 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 128 | Info Hash: 4A07E30142B8E5F0683590678F6B3E1B7F9FD7B1<br>File Hash: DAEB04B37FDAB29D0A6E41E4F07B279B1BB9F9E047A5CA86A1CE68CDCF309446 | 05/08/2020 19:15:24 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |
| 129 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 05/05/2020 13:54:28 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 130 | Info Hash: B501987D2632C152D33E53DD49BFCA366E48E2C6<br>File Hash: 1295CDBEAF992F628DA4196720EF8213B08BF8039C1E6DD4622652607B52AB60 | 05/03/2020 18:10:15 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 131 | Info Hash: 4147CAAEB117CFEE4B51AAE0B42A7B5A4363DC65<br>File Hash: 068618D06FC1470B35F89953282CC3F974BAA710234A963A7122CA5E5F26E3AE | 05/02/2020 18:21:41 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 132 | Info Hash: 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A<br>File Hash: BE411066F439186D926133B7354D9384F60BC1C6F984C37A97F708E0C850D68E | 04/29/2020 18:58:34 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 133 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 04/29/2020 18:14:57 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 134 | Info Hash: 8C5CF7009D99308190480643CCCD791B941DB338<br>File Hash: 131DBB9FA461BFBB6666C55F129F9BEF7CAB3279B16295ADFD033058A193181B | 04/27/2020 20:26:01 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 135 | Info Hash: 08A41F7A327E6D515D72226A6677C858F98FB25F<br>File Hash: 94B8223AA557DEFD6FA162762B73E7069D5F9FE52E48360D2748E102A4AB4418 | 04/26/2020 20:42:19 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 136 | Info Hash: 1B11B813313C45A144ED431CAB1B416C99DA7D80<br>File Hash: 52425480EE7CFACB984DD2A6864F439AF3EE8458B047B131FFC520FCAA86A6E8 | 04/26/2020 05:23:27 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 137 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash: C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 04/24/2020 22:33:15 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 138 | Info Hash: 5C208E2ABF6083135CA52776A02D87442F215D60<br>File Hash: B55B49F458A42B14292868F01D2EB5F08D082276EBFADCC3517A80CD6DC4BAD9 | 04/24/2020 22:23:50 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 139 | Info Hash: E077458F7D906DB1BC69A9E02EF2C5B934934ADE<br>File Hash: E513279B7AF04260065807ABA00AA86A17B4AF7883D5C21CE38086F2B4D47408 | 04/20/2020 18:25:05 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 140 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 04/18/2020 01:35:48 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 141 | Info Hash: EAD70186E6912383E142204E2BB219068F1678E6<br>File Hash: 808ED199D0BAD8B06CF338A2D198FCF199F173555B52983E2FA1895428C06331 | 04/17/2020 18:55:59 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |